AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**
**Jun 13, 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Trevor Davidson
*Defendant(s)*

Case No. **1:25-mj-00066-SAB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May - June 2023 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt & Distribution of Images of a Minor Engaged in Sexually Explicit Conduct using any means or facility of interstate or foreign commerce<br>Maximum Penalties: Custody 5-20 years; $250,000 fine; lifetime supervised release; $35,100 special assessments |
| 18 U.S.C. § 2422(b) | Attempted Coercion or Enticement<br>Maximum Penalties: Custody 10 years - life; $250,000 fine; lifetime supervised release; $100 special assessment |

This criminal complaint is based on these facts:

The attached affidavit of FBI Special Agent Adam Bruflat, incorporated here by reference.

❒ Continued on the attached sheet.

[signature]
*Complainant's signature*

FBI Special Agent Adam Bruflat
*Printed name and title*

Subscribed and sworn to before me by telephone under Fed. R. Crim. P. 41(d)(3).

Date: **Jun 13, 2025**

[signature]
*Judge's signature*

City and state: Fresno, California

Hon. Stanley A. Boone - U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF SPECIAL AGENT ADAM BRUFLAT**
**IN SUPPORT OF CRIMINAL COMPLAINT**

I, Adam Bruflat, being duly sworn, state the following:

1. I am a special agent with the Federal Bureau of Investigation (FBI) and have been since September 2021, and I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I received basic law enforcement instruction at the FBI Academy from approximately September 2021 through February 2022. During that time, I received training in a variety of investigative techniques and legal matters, including topics on Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have been employed by the FBI since June of 2017. After initially working as a member of the clerical support staff, I was promoted to Tactical Analyst. While employed as a tactical analyst and clerical support staff, I worked various cases and assignments including Iranian and Russian counter-intelligence matters, kidnapping, bank fraud, wire fraud, and drug trafficking. Currently I am assigned to the FBI's Violent Crimes Squad in Fresno, California and have been since March 2022. While on the Violent Crimes Squad, I have worked a variety of cases, including child sexual exploitation, gang violence, narcotics investigations, burglary, kidnap for ransom, and unlawful flight to avoid prosecution cases. Additionally, I have been assigned to assist the Central California Crimes Against Children Task Force and have worked on a myriad of cases involving child sexual exploitation, child pornography, and online enticement. I earned a Bachelor of Science in Criminal Justice Institutional Theory from John Jay School of Criminal Justice and a Master of Science in Global Affairs-Transnational Security from New York University. Prior to working for the FBI, I was a member of the United States Marine Corps (USMC) for four years and attained the rank of Corporal. While a member of the USMC I became an infantryman and deployed to several different areas, including a combat zone in

Afghanistan. During this time, I participated in numerous counter-insurgency missions and trained/assisted Afghan military forces on counterinsurgency/counter drug trafficking techniques.

2. The statements in this affidavit are based in part on information provided by other law enforcement agents, as well as my own investigation of this matter. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that Trevor **DAVIDSON** has violated 18 U.S.C. § 2252(a)(2) Receipt and distribution of child pornography and 18 U.S.C. § 2422(b) for the attempted coercion of any individual to engage in any sexual activity for which any person could be charged with a criminal offense.

**STATUTORY AUTHORITY**

3. 18 U.S.C. § 2252(a)(2) prohibits receipt and distribution of images of a minor engaging in sexually explicit conduct if the offense is committed using any means or facility of interstate or foreign commerce. 18 U.S.C. § 2422(b) prohibits the use of any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. The statute also criminalizes attempts to violate the statute.

**BACKGROUND OF INVESTIGATION**

4. The FBI is investigating **DAVIDSON** for online enticement of a minor, and the attempt to commit this offense, because he has repeatedly demonstrated his desire and intent to travel to Fresno, California to engage in sexual activities with individuals he believed to be minors. Additionally, the FBI is investigating **DAVIDSON** for receipt, distribution, and possession of images of minors engaged in sexually explicit conduct.

**DAVIDSON** began engaging in online chats on the application Reddit[1] with an Online Undercover Employee (OCE) of the FBI on May 10, 2023. The OCE created an undercover account on Reddit and posted "30 M in Fresno CA. Taboo and experienced. Looking for same", on the sub-reddit[2] page r/dirtyr4r on April 10, 2023. The OCE also posted, "30 M in Fresno CA looking for taboo friendly. Someone like me." on the sub-reddit r/KikSnapchat on April 10, 2023.

5. On May 10, 2023, the OCE was contacted by a profile on Reddit labeled "Icy-Tangerine-2164". (referenced below as TARGET REDDIT ACCOUNT or TRA). The TRA had profile information such as, "insatiable and have few boundaries. If you're coming over, don't bring extra clothes. bring an extra friend." The TRA initiated messaging with the OCE by sending, "I'm in the bay. I have taboo experience too. Looking for some people to form a play group. You still active?" Conversation between the OCE and TRA continued with both discussing what they were into and looking for. The TRA wrote, "I'm assuming you're into fam fun? I want to have an open family and form a play group with other families." The OCE responded, "Mainly into young. Have a little I play with rn.; Wbu. You active?" The TRA responded, "No. I'm from Hawaii where my sister still lives. Used to play with her and her daughter. Couple of her friends too. Now I moved on the mainland for work. Trying to find a chick who's into it." Shortly after contacting the OCE on Reddit, the TRA requested the OCE chat on Session[3] or Telegram[4] messaging service as they are considered more secure and end to end encrypted.

[1] Reddit is described online as an American social news aggregation, content rating, and discussion website. Registered users submit content to the site such as links, text posts, images, and videos, which are then voted up or down by other members. This is a common place for individuals to post/chat about various topics including dating, pornography, and pedophilia.
[2] Sub-reddits are individual forums dedicated to specific topics.
[3] Session describes itself as a private messenger offering privacy, anonymity, and security. With end-to-end encryption, no phone numbers for sign-up, and decentralization, Session is a messenger that "truly keeps your messages private and secure."
[4] Telegram Messenger describes itself as a globally-accessible freemium, cross-platform, encrypted, cloud-based and centralized instant messaging service. The application also provides optional end-to-end

**Telegram Chats with User: Openmindedguy N4L**

6. The OCE agreed to download Telegram, and the conversation soon continued via the Telegram application. The OCE's final message to the TRA on Reddit was the OCE's Telegram username. Soon thereafter, the OCE received a message on Telegram from the username Openmindedguy N4L (Target Telegram Account or TTA). The OCE and user of the TTA (later confirmed to be **DAVIDSON**) continued messaging via Telegram. The OCE revealed to the user of the TTA that the OCE had an 8-year-old niece with whom he was sexually active. The TTA continued communication with the OCE over the course of several weeks. Pertinent portions of those conversations are provided below. Similar content is not included here but has been recorded for use in any future court proceeding.

7. Initial Telegram conversation: May 11, 2023:

| | BEGINNING OF CONVERSATION |
|---|---|
| **Openmindedguy N4L** | Hey |
| **OCE** | What's up man |
| **Openmindedguy N4L** | What's up with your little |
| **Openmindedguy N4L** | She got friends? |
| **Openmindedguy N4L** | The user sent two photos of what appears to be the same minor female. One photo depicts the girl lying on her back with her breasts exposed. She appears to be approximately 13-15 years old based on breast development and facial features. The second photo depicts the same child lying on a bed with a red blanket. The child is naked with her breasts exposed. She appears to be older in this photograph based on breast development and facial features. |
| **Openmindedguy N4L** | USER wrote "niece" under the above two photos. |
| **OCE** | She does. But I haven't played with any |
| **OCE** | She's smoking. How old |
| **OCE** | What's her ethnicity |
| **OCE** | Only played with mine so far. Been too scared to try with any others |

encrypted chats, popularly known as secret chat, and video calling, Voice over Internet (VOIP), file sharing, and several other features.

| | |
|---|---|
| **Openmindedguy N4L** | 1/4 japanese 1/4 jewish 1/4 hawaiian 1/4 chinese |
| **OCE** | I'm Mike btw |
| **Openmindedguy N4L** | Any pics of your little |
| **Openmindedguy N4L** | Trev |
| **OCE** | None as good as yours. Mines younger |
| **OCE** | Yours back in Hawaii? |
| **Openmindedguy N4L** | Yeah. |
| **OCE** | Thats sucks. So you never see her much anymore? |
| **Openmindedguy N4L** | Yup. |
| **Openmindedguy N4L** | Sister says they might come out during the summer but we'll see. |
| **OCE** | Oh nice. She looks great. How long you been playing with her. She like 15? Or how old |
| **OCE** | Is that the same niece in both pics? She looks diff in them |
| **Openmindedguy N4L** | Yes. The first one is a couple years older |
| **OCE** | Oh ok cool. How old is she now. Any other pics. She's cute |
| **OCE** | OCE SENDS (AN FBI-) APPROVED IMAGE OF A PURPORTED YOUNG FEMALE CHILD WEARING A BACKPACK |
| **OCE** | OCE wrote "Mine" below the above photo |
| **Openmindedguy N4L** | She's beautiful. Does she play? |
| **OCE** | Yeah we have a few times. Any ideas of how to get her more into it? |
| **OCE** | She's a virgin. But I eat her and sucks on me sometimes |
| **OCE** | What about yours? How old is she? |
| **Openmindedguy N4L** | She's 18 now. Graduating in a month |
| **Openmindedguy N4L** | Have you tried watching vids with her? Especially ones with kids her age? Maybe we could hang out with her together. |
| **Openmindedguy N4L** | She can suck you off while I lick her pussy and asshole. Then we switch. |
| **OCE** | Yeah maybe. She's watched porn with me and she actually seemed to like it. Her pussy is so perfect |
| **OCE** | I might be down. What would I get out of it haha |
| **OCE** | Any other pics of yours? Any face pics or nsfw ones |
| **Openmindedguy N4L** | No but I have one of another girl we knew. |

| **Openmindedguy N4L** | I'm at the office but at home I have a bunch of this other girl. She was the daughter of a chick I was dating. |
|---|---|
| **Openmindedguy N4L** | So how do you know her? |
| **OCE** | She's my 8 year old niece |
| **OCE** | I see her maybe 1-2 times a week sometimes. |
| **OCE** | And she will come over and stay with me when my sister needs me to watch hee |
| **OCE** | Her |
| **Openmindedguy N4L** | Sleep naked with her? |
| **OCE** | Yeah all the times |
| **Openmindedguy N4L** | Nice. |
| **Openmindedguy N4L** | Honestly, you might want to wait a couple more years to take her v-card but, you could start her out with a little Just the Tip in the backdoor. |
| **Openmindedguy N4L** | What do want? |
| **Openmindedguy N4L** | Is your sister into famfun |
| **OCE** | I wish. That would be hot af |
| **OCE** | So did you fuck your sister and your niece together? Any pics of both of them |
| **Openmindedguy N4L** | Not exactly together. Shelly(my sister) liked to watch and, let's call it "coach her". |
| **Openmindedguy N4L** | We really weren't into filming ourselves. No need to provide our own evidence to be found by someone else later. Those ones were during phase when I was trying to get her to embrace the idea of becoming a model to attract her friends. |
| **Openmindedguy N4L** | But we's all fuck in plain view of each other. My sister was a stripper for a while so we'd walk around her apartment naked. |
| **OCE** | Damn man that's amazing, Wish my sister would do that. But at least I got my niece |
| **OCE** | Any normal pics of them. Got me so hardb |
| **OCE** | Hard |
| **Openmindedguy N4L** | Oddly, not really. Like I said, we spend a lot of time nude so pics aren't really a thing. If&when they come, maybe you and your niece can hang out with us. |
| **Openmindedguy N4L** | So how did you first get her to play with you? We grew up with leftover hippie parents. They were all about nudism, free love and all of that. We saw them and their friends naked all the time and they would fuck right infront of us so sex was just normal to us. |

| | |
|---|---|
| **OCE** | She stays over alot and it was about two years ago when we were watching a movie and she just had underwear and a shirt on and we were under the blankets together. I rubbed against her and started touching her and I got hard and pulled it out and she touched it and seemed really interested |
| **OCE** | We started watching poke after that. I told her she can't ever tell anyone tho or she won't be able to come over anymore. And she loves to come over |
| **Openmindedguy N4L** | Have you tasted her yet? She's old enough that she should be able to cum. What kind of porn does she like? |

8. Conversation continued on Telegram on May 12, 2023

| | |
|---|---|
| **Openmindedguy N4L** | How's it going? |
| **OCE** | All good brother. Sorry been busy at work today |
| **OCE** | Yeah I taste her often actually. Pussy is so perfect |
| **OCE** | Any normal pics of your niece I can see. Was thinking of her all night |
| **Openmindedguy N4L** | Same |
| **Openmindedguy N4L** | I was looking for some. Gotta admit we aren't the most shutterbug family. Nudism will do that. But I sent my sister a message telling her I met someone in the lifestyle (you). Haven't heard from her yet I know she'll be stoked. |
| **OCE** | That's awesome :) |
| **OCE** | Got me hard af |
| **Openmindedguy N4L** | When is your next day with your niece? |
| **Openmindedguy N4L** | I have seen a lot of posts from open-minded parents in the 559. Have you ever met anyone? |
| **Openmindedguy N4L** | The user sent a photo that depicts a young nude female child standing with her breasts and vagina exposed. She appears to be approximately 7-10 years old based on the lack of breast development and absence of pubic hair. |
| **OCE** | Super hot. Reminds me of my niece |
| **OCE** | I have once. But not with my own niece |
| **OCE** | What would you wanna do |
| **OCE** | Any other good pics |
| **Openmindedguy N4L** | With just you or with your niece or with another family? I suppose the answer to all three is get naked and see what happens. |

| | |
|---|---|
| **Openmindedguy N4L** | If you had me over to meet with your niece we would just start our clothes and let her get comfortable with me there. Then we should ask her if she'd like to watch some of those special movies. Once she gets fidgety we can get comfy. |
| **Openmindedguy N4L** | We should show her stuff of kids her age. |
| **Openmindedguy N4L** | Would you be into that? |
| **Openmindedguy N4L** | If you want to just meet and have a coffee I'd be down for that. Just to make sure the other is real. |
| **Openmindedguy N4L** | The user sent two photographs. One depicts a girl who appears to be15-17 years of age based on her facial features. She is standing nude in a field with her breasts and vagina exposed. The second image depicts and adult female wearing a white tank top lifting the shirt of a young female, thus exposing the younger female's breasts. The girl appears to be 13-16 years of age based on breast development and facial features. |
| **OCE** | Yeah that all sounds good man. I've told her before that it's special playtime and she knows what that means. She's learning how to suck better. Her pussy tastes so good. I have some of her panties I keep in my bag with me. Hopefully that's not weird |
| **OCE** | Also I didn't mention it. But I'm not into guys. Just so you know |
| **OCE** | Any others of your niece. Or maybe your sister I can see. My pedo cock is hard |
| **Openmindedguy N4L** | I'm not gay either. No need for sword fights. |
| **Openmindedguy N4L** | Do you think she'd be into it? |
| **Openmindedguy N4L** | I have a cabin up in tahoe. Do you think it would be suspicious to your sister if you invited your niece to go up there for a weekend? We could get in the car and take a turn driving while the other sites in the back and fingers her. Once up there we could just spend the whole time naked and watching porn. She'll be begging for dick up her ass by the end of the weekend. |
| **OCE** | Fuck that's hot as fuck |
| **OCE** | My sister prolly wouldn't think too much. She stays at my apt all the time |
| **OCE** | Do you have any little you play with now? Maybe you could bring one too |
| **OCE** | Littles |
| **OCE** | You don't mind that she's only 8 do you. Younger than your niece |

| **Openmindedguy N4L** | I wish I had one. If I did you'd have 202 gigs of her wagging her puss. Maybe we can get your niece to bring a friend for us to convert. Or we could try and find another family or some down ass girls. I know they are out there. |
|---|---|
| **Openmindedguy N4L** | The user sent an image of four, nude female children. The breasts and vaginas of the girls are all exposed and they are standing on a beach. Based on minimal breast development and the absence of pubic hair, they all appear to be between the ages of 7 and 11. |
| **OCE** | Yeah if you find any others that would be dope. Ya'll could swing thru Fresno and pick me and the niece up and then we got to Tahoe |
| **OCE** | If you brought other dads or uncles with little that would be amazing |
| **Openmindedguy N4L** | I know right? But, there's nothing hotter than a mom sharing her girls. That's the unicorn |
| **OCE** | Fuck yes. I'd love that |
| **OCE** | The OCE sent an image of girls panties. |
| **OCE** | Keep these in my bag all the time [HEART EYES EMOJI] |
| **OCE** | One of my favs |
| **Openmindedguy N4L** | I would too. Especially if took them off of her, which I know you did |
| **Openmindedguy N4L** | Any pics of her? Think she'd like to take some? |
| **Openmindedguy N4L** | What kind of porn do you watch with her? |
| **OCE** | I don't send a ton of her. I gotta make sure I can trust you |
| **OCE** | Teen porn and incest stuff usually |
| **OCE** | And school girl |
| **OCE** | You never sent me any normal ones of your niece and sis. Is your sister hot |
| **Openmindedguy N4L** | That's because I don't have any. Like I said, we tend to spend our time naked and doing stuff. We don't record ourselves because she would never risk getting caught. |
| **Openmindedguy N4L** | I feel like you about the trust thing. That's why I said we should meet for a cup of coffee. We can talk more freely and figure out how to proceed. |
| **Openmindedguy N4L** | You seem to have the same moves as I do. So I figure that's a good start. Not too forward, not too self incriminating. |
| **OCE** | Gotcha. I figured maybe you had a selfie of them? |
| **Openmindedguy N4L** | Nah. |
| **OCE** | Just don't wanna get catfished haha |
| **Openmindedguy N4L** | Exactly. Or set up. |

| | |
|---|---|
| **OCE** | Facts haha. I'm as real as they come. But I try to gain trust and stuff |
| **OCE** | Your cabin sounds dope tho. I love Tahoe |
| **Openmindedguy N4L** | Me too |
| **Openmindedguy N4L** | It's perfect right now. The snow is above the windows so it's perfectly private. |
| **Openmindedguy N4L** | Do you watch littles porn with your niece? |
| **OCE** | That's awesome. I hit up Yosemite this weekend. Still some snow there. |
| **OCE** | What's the cabin look like. Can I see? |
| **OCE** | I wish. I don't have any. And too. Scared to download sometimes. Hard to find |
| **Openmindedguy N4L** | The user sent an image of a brown-colored cabin. |
| **Openmindedguy N4L** | We should ask her if she'd like to make vids like the girls on screen. |
| **OCE** | Damn bro. You own it or air bnb? |
| **OCE** | I bet she would. Especially if we got her gifts |
| **Openmindedguy N4L** | We should also ask her if she has any friends who would be good to join us. |
| **Openmindedguy N4L** | Own it |
| **OCE** | I'll ask |
| **OCE** | That's awesome. I forgot to ask. How old are ya |
| **Openmindedguy N4L** | 40's. You? |
| **Openmindedguy N4L** | What's her name |
| **OCE** | Mid 30's |
| **OCE** | Bella |
| **Openmindedguy N4L** | She sure is |
| **OCE** | ? |
| **Openmindedguy N4L** | Bella. It means beautiful |
| **OCE** | Ohh. Lol. I was like what |
| **OCE** | Wdu do for work. You said trev is your name right? |
| **Openmindedguy N4L** | Have you ever thought to take her to a family nudist club? Maybe find that unicorn? |
| **Openmindedguy N4L** | I work for a university. |
| **Openmindedguy N4L** | What about you? |
| **OCE** | I'm a delivery driver. That's dope. Wdu do |

| | |
|---|---|
| **OCE** | You said bay area right |
| **Openmindedguy N4L** | Have you talked to anyone else from Reddit? Should we get a group chat together? |
| **Openmindedguy N4L** | Yeah. I'm in the bay. Only an hour or two from you. |

9. Conversations continued on May 13, 2023, with the OCE and the subject discussing meeting up in the future. The subject advised he would like to video/skype chat with the OCE and his niece, while she was naked.

10. Conversations continued on May 14-16, 2023. The subject discussed a past conversation he had with a female user online in Fresno who had a daughter she wanted someone to "breed", but lost contact with her.

11. Conversation on May 17, 2023.

| | |
|---|---|
| **OCE** | Oh yeah? What you thinking |
| **OCE** | I love some good brainstorming |
| **OCE** | Did you tell your sis anymore about me and B? Show her B's pics? |
| **OCE** | Also I have a buddy who is like us and is kind of close to me. He's just as dirty as us and has a 10 year old son if you wanna group chat with him with me |
| **OCE** | He's chill af |
| **OCE** | He can keep you company in our group chat till I'm back from my trip |

12. At this point the OCE invited a second FBI OCE (OCE#2) into the investigation and conversation. The OCE created a group chat in Telegram and invited the OCE#2 and Openmindedguy N4L to join. The name of the group chat was "Cabin Fever". Below are excerpts from that group chat.

**<u>Cabin Fever Telegram Group Chat</u>**

13. Conversation on May 17, 2023.

| | |
|---|---|
| **OCE** | Hey Trev. This is my buddy Jay. He's close to Fresno and is one of us. You'll love him. We have met a few times and he's chill af. I'll hit you up when I'm back from my trip. Till then Jay can fill you in on his situation. I told him a little about you [SMILING EMOJI]. |
| **Openmindedguy N4L** | What's up Jay |
| **OCE#2** | Hey trev…yeah I met this perv a while back and I love talking with him bc he can stomach anything I've ever said. Not met too many people like that in a while. He said youre cool too. I trust Mikes judgement most of the time lol |

| | |
|---|---|
| **Openmindedguy N4L** | Nice. Glad he introduced us and his endorsement is better than most. So, since I assume we both know what we're about, got any experience? |
| **Openmindedguy N4L** | He mentioned you have a son. Does that mean you're married? If so, is she into the same stuff? |

14. Conversation continued on May 19-24, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | The user sent a link to a Telegram group chat containing 9000+ users distributing pornography, including images of minors engaged in sexually explicit conduct. |
| **OCE#2** | Yeah I have a 9 yr old. I'm divorced and fortunately my son isn't a big fan of my ex… but we both have custody, so have to be careful about what I show him. To answer your question, my ex has no clue. She was straight as an arrow, which was a major factor in why it could never work. |
| **OCE#2** | I'm down to educate him though…. he won't say anything, especially if he ever wants to do it again, which I'm sure he will want to do lol |
| **Openmindedguy N4L** | Sounds promising. Like you said, gotta be careful. I feel you tho on these fucking boring chicks. Where are all the perv girls? I know they're out there. I've dated a few of them. |
| **OCE#2** | Yea, they're out there and you're def not going to meet them at church on Sunday. Well, that may not be true, but I've ran across a few too, if you find out where they're at lmk too lol…I just need one that can deal with at least some of it, enough to keep me happy anyways |
| **Openmindedguy N4L** | Oh no. I'm looking for a girl who into all of it, just like us. After all, we're going to need a girl who will enthusiastically bring lg's home and make anal the thing to do. |
| **Openmindedguy N4L** | What's your age range? Know any good groups? |
| **OCE#2** | I haven't been in any kik groups in a while. I've mostly been using TOR because I think it's a lot safer. I'm in the 9-11 range… when I see development I start to lose interest lol |
| **Openmindedguy N4L** | I don't do kik. I don't know much about tor. I go a little further in the age range. About 14 is my cutoff. Once they start driving they think they know shit and I don't need that. |
| **OCE#2** | Yea I started messing with teenagers a while back but I couldn't deal with it when it came time to talk. Especially this generation now they def think they know it all. |
| **Openmindedguy N4L** | So are you Fucking with anyone or are you out of the game? Where were you picking up teeners from? I'd be down to bring some weed and come kick it sometime if I can ride your couch. Even better if we can pull some trim. |

15. There were no conversations in the Cabin Fever group chat following the above conversation that ended on May 24, 2023.

16. From May 21, 2023- June 2, 2023, TTA and OCE#2 had limited conversations mainly regarding each other's past relationships and work.

## PLANNED MEET UP CONVERSATIONS WITH TTA

17. At this point in the conversations between OCE, OCE#2, and TTA there were discussions regarding meeting up in Fresno for the purposes of TTA having sexual contact with the OCE's 8-year-old niece and OCE#2's 9-year-old female family friend. Both OCE and OCE#2 were having separate conversations with TTA regarding the meet up. Below are excerpts from those conversations.

18. From May 18, 2023- June 2, 2023, OCE had minimal contact with the TTA.

19. Conversation on June 6, 2023

| **OCE** | What's good man |
|---|---|
| **Openmindedguy N4L** | Hey man. You back ( |
| **Openmindedguy N4L** | ? |
| **OCE** | Yeah |
| **OCE** | How you been |
| **Openmindedguy N4L** | Pretty good. |
| **Openmindedguy N4L** | Haven't stopped thinking about your niece since you left |
| **Openmindedguy N4L** | She coming over anytime soon? |
| **OCE** | Oh yeah. What you been thinking about |

20. Conversation continued on Telegram on June 7, 2023.

| **Openmindedguy N4L** | Feeding her my cock and licking that sweet pussy and asshole of hers. Maybe getting her to pose for some pics for us. I have a whole bunch of vids to show her. Especially with girls her age taking cock in every hole they have and loving it. |
|---|---|
| **OCE** | Any of those vids you can send me :) |
| **Openmindedguy N4L** | I'll give you the whole archive when we hang out. You're going to be stoked |
| **Openmindedguy N4L** | How was your trip?<br>Do anything crazy memorable? |

21. Conversation continued on Telegram on June 8, 2023.

| | |
|---|---|
| **OCE** | It was great. Saw tons of great sights and had great food |
| **Openmindedguy N4L** | The user sent several video files that depict young females engaging in sexual acts. The females are prepubescent based on lack of breast development, absence of pubic hair, and facial features. |
| **OCE** | So sexy. Where did you get these at |

22. Conversation continued on Telegram on June 11, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | Find them around telegram. |
| **Openmindedguy N4L** | What's been up on your end? |

23. Conversation continued on Telegram on June 11, 2023.

| | |
|---|---|
| **OCE** | Just working. Catching back up on everything. |
| **Openmindedguy N4L** | Same thing. I'm going up to a nudist party in sac<br>Hoping to meet a single mom or two.<br>No plans to have some secret time soon? |
| **OCE** | Oh yeah. I've been with her quite a bit recently. |
| **Openmindedguy N4L** | When do I get to meet her? |
| **Openmindedguy N4L** | Did you show her any of the vids I sent? |
| **OCE** | Maybe sometime soon. What do I get in return haha |

24. Conversation continued on Telegram on June 13, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | A huge collection of vids, and free use of my cabin, and anything else we get into |
| **OCE** | Can I see more of the cabin. Sounds dope. The pic you sent seemed like something from an online post |
| **Openmindedguy N4L** | I'm going up this week. I'll send you some while I'm there |

25. Conversation continued on Telegram on June 14, 2023.

| | |
|---|---|
| **OCE** | Awesome |
| **OCE** | How you feel about coming this way soon. I'm thinking you're cool man |
| **OCE** | You seem legit so far. Are you cool with verifying with me on here first. I can send you a selfie holding paper with the date and your username on it |

| | |
|---|---|
| **OCE** | If you can do the same |

26. Conversation continued on Telegram on June 15, 2023.

| | |
|---|---|
| **OCE** | ?? |
| **OCE** | Jay and I are putting something special together |
| **Openmindedguy N4L** | The user sent a photograph which was a "selfie" of an adult male holding a piece of paper with "openmindedguy n4l June 15" written on it |
| **OCE** | We were thinking of getting a cabin out here together and getting a few other dirty pedos like us to join. Bring a few little with us. Including my niece |
| **OCE** | We are close to the parks and some of the cabins are nice and cheap |
| **OCE** | Nice pic man. Kind of hard to read. If not too much trouble can you send another with the date better to read and more of your face showing. I know it's a hassle. But I'll do the same. Jay and I are very particular about verifying and making sure people are legit |

27. Conversation continued on Telegram on June 17, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | Tell you what. I'm at the cabin right now. I'll send you some shots of the place in the morning. If you like it and don't mind the drive, we can use it anytime for free.<br>In the meantime, since I showed a little good faith and send the pic you request, why don't you and Jay send me a pc of what you were expecting. Once that is done, I will send you one back.<br>While we're on the subject, I've sent you a lot of stuff that could get me into trouble. It would be nice if you could do a little something to level the field. For all I know, you're just a cop saying things while compiling a folder of evidence against me.<br>I'd feel better if you guys had a little dirt on your fingers too |
| **OCE** | Def not a cop (LAUGHING EMOJI). I fucking hate cops |
| **OCE** | I'm out hiking today with bad service. But I'll send you the same thing you sent |
| **OCE** | You seem cool so far. And I'm thinking of letting you meet my niece man. I don't just let anyone do that. I'm hoping you're legit man. I get paranoid alot. Especially when people start bringing up the cops |
| **OCE** | I've told you think I don't tell hardly anyone else about bella. So I'm hoping it's safe with you… That's my fucking dirt on my fingers bro |
| **OCE** | And if this isn't your thing… I totally get it… Alot of people talk a big game and fantasize. But aren't really about it |
| **Openmindedguy N4L** | Yeah, I think we're on the same page. I'm up in Tahoe this weekend so I don't have the best reception either so, [n]o sweat. I fully recognize the trust it take to bring a new guy into your circle. Especially the leap of faith required to allow me to meet your niece. I have one too and I love her more than anyone. So beyond the obvious, i.e. I too, am no cop and mean you no farm, more importantly I mean her no harm. I would never rush or force her |

| | give up a leg to bring a mom/daughter or few into our emerging clique. Having two girls and boy will really open up a lot of doors. I think I know where to look. Single guys don't get invitations to those parties but, three guys with three kinds don't need them. |
|---|---|
| **Openmindedguy N4L** | Got any pics of Bella? What are you doing right now? You can come up here right now and check it out if want. Maybe we can find some trim and send them home tomorrow morning walking funny. |
| **OCE** | Was actually gonna meet up with my old man today for father's day and workout some. We can try to plan this soon. Maybe from like a thurs-sunday. If that works for you |
| **OCE** | Bella will need to warm up to you. So if you want to bring her a toy or something. She really loves Pikachu from Pokemon haha. Got her into that way back and shower her all my cards |
| **OCE** | Showed |
| **OCE** | The OCE sent an FBI-approved image of a purported young female child playing at a playground. |
| **OCE** | Can I see more of your cabin too bro. Can't wait to see in person someday |
| **Openmindedguy N4L** | USER SENT SEVERAL IMAGE FILES INSIDE THE CABIN INCLUDING THE LIVING ROOM, KITCHEN, BEDROOM WITH HIDDEN LOFT. |
| **Openmindedguy N4L** | This is the FUN room. We're gonna have a lot of fun I'm here. |
| **Openmindedguy N4L** | But really, the whole house ours to fuck whoever we want, where ever we want. |
| **Openmindedguy N4L** | Oh I was gonna have some presents for Bella when we meet. How rude would I be to ask for her panties and not to come with gifts. Thanks for the heads up on the Pikachu. What do you think about a little Pikachu vibrator? |
| **OCE** | That's a great idea. They make those? |
| **OCE** | Nice place. Anymore of the outside. Looks dope bro |
| **Openmindedguy N4L** | No no. I've had plenty of girl friends that were heavy in the "girl" part. I'm really good with them. I know how to make everything a game and how to let them set their own pace. For instance, it wasn't just talk when I mentioned that her booty is the safer hole for all of us, that we should focus on. At her age, her pussy is still getting itself set up so actually fucking her there could go sideways real fast. But her backdoor is used to stretching and contracting so even though it might take a few visits, we can have her asking for us to fuck her ass in few weekends. |
| **OCE** | Yeah you're right. I've been too scared to fuck her pussy. But also didn't wanna take her v card. Can't leave any marks or my sis would murder me |
| **OCE** | Are you into younger boys too? Like jays son? |
| **Openmindedguy N4L** | No but I love coaching them. We're gonna make a straight up pimp. This time next year he could easily be bringing littles home with him because they heard he really know how to fuck. Then they find out that if they can keep the secret, there's lots of way to fuck at Jay's son's house. |
| **OCE** | What's the best way to keep them quiet you think |
| **OCE** | So far bella has been good about it |

| **OCE** | Have you updated your sis yet about us all |
|---|---|
| **OCE** | You're def experienced man. I feel like I can learn stuff from you too. What's the best way for me to start collecting good cp videos and where can I even find the best stuff |
| **OCE** | If I ever start making any of bella. I wanna be smart about it |
| **Openmindedguy N4L** | The secret is to make sure that she wants to. So she wants to keep playing more than we do. You do this by making sure that sure that there are never any negative moments. Like ever. The second it hurts, or scares her, is the second she starts to think about telling her mom. Seriously, this isn't just hype. This is how we grew up. I |
| **Openmindedguy N4L** | We can talk about that face 2 face |
| **Openmindedguy N4L** | Think maybe you, me and Bella could play this week? Get that nervous intro out of the way? |
| **OCE** | I'll see when I can get her. I don't really wanna leave Jay out either. And we been planning on doing a cabin for a bit. We'd make sure there's several rooms in it. For ultimate privacy |
| **OCE** | Did you like the pic of bella I sent |
| **OCE** | How long would it take you to get here do you think |
| **Openmindedguy N4L** | You mean right? From Truckee? |
| **OCE** | Nah not right this second. So I know for the future. Have you talked to Jay recently |
| **Openmindedguy N4L** | Re the pic:<br>Dude, she is so gorgeous. I kinda want to give her the girlfriend treatment for a while. Do some kissing and making her really feel like the center of the world. I can't wait to teach her about French kissing. I just wish I could see a pic of her without all those itchy clothes on. |
| **Openmindedguy N4L** | It would only take me a couple hours. |
| **Openmindedguy N4L** | The user sent a link to join a group on Telegram |
| **OCE** | How do I get in this one? |
| **OCE** | Also what's the best way to store any good pics or video I get |
| **OCE** | Replied to Openmindedguy N4L previous message: I like it. I think she will love you if you spoil her with gifts and such |
| **OCE** | I shared it twice. Nothing happened |
| **Openmindedguy N4L** | Don't worry about storing shit or downloading it. Just play stuff off of the server. If something disappears don't sweat it. They always come back |
| **Openmindedguy N4L** | I'm still trying to figure out how to get in |
| **OCE** | Yeah but if I take things of bell. What should I do with it |
| **Openmindedguy N4L** | The user sent a link to join a group on Telegram |
| **Openmindedguy N4L** | Oh. My bad. Use a camera and make your shots go straight to the chip. |

| | |
|---|---|
| **OCE** | Oh ok damn. So no way to keep them with me on my phone? |
| **OCE** | I like to look at her when I'm working and stuff |
| **Openmindedguy N4L** | I mean yeah, you can but your phone can be a little problematic.<br>Just get a cheap tablet that you keep off of the web and cellular networks. Like one from the flea market or those shitty ones they give away at the bank. |
| **Openmindedguy N4L** | I like to look at her too |
| **OCE** | Fuck that's smart. I just wanna be safe |
| **OCE** | No one can ever find this shit out bro. No one |
| **OCE** | Hope you fucking understand |
| **OCE** | Is that how you keep yours? On a tablet like that |
| **Openmindedguy N4L** | Of course I do. |
| **OCE** | Do you get decent service at your cabin. Or do you have to use WiFi there |
| **Openmindedguy N4L** | By the way, you mentioned 3 bedrooms for privacy. I don't have a problem if we all stay in the same room and trade every ten minutez until the sun comes up. I think that shit is fun. |
| **OCE** | Bella likes to have WiFi for her tablet |
| **Openmindedguy N4L** | We have wifi |
| **OCE** | Ok cool. I'll let Jay know |
| **OCE** | I forgot what you said you do for work.<br>Something with school or something |
| **Openmindedguy N4L** | Bella can have anything she wants. She just has to be naked when she asks |
| **Openmindedguy N4L** | I work for a university |
| **OCE** | Haha she has no issues being naked |
| **OCE** | Be back later. Heading out |
| **Openmindedguy N4L** | Good luck out there |

29. Conversation continued on Telegram on June 19, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | The user sent a link to join a group on Telegram |
| **Openmindedguy N4L** | Share that with jay |
| **OCE** | Ok |

30. Conversation continued on Telegram on June 20, 2023.

| | |
|---|---|
| **Openmindedguy N4L** | I dunno about some of these groups. They make you share the address to see what they have, then they delete all the content ten minutes later. |

| | |
|---|---|
| **OCE** | Yeah it seems sketch |
| **OCE** | Wru up to. I think Jay and I are gonna do our cabin soon. Will keep you updated |
| **Openmindedguy N4L** | "Wru up to" Like now? Today? Chillin. I'm free this weekend. Let me know. |
| **Openmindedguy N4L** | He said to ask you about some pics of Cassy. |
| **OCE** | You free on Thursday or Fridays. Thinking we get a cabin one of those days and make it a long weekend |
| **Openmindedguy N4L** | Both |
| **Openmindedguy N4L** | BTW. What did you think of my place? |
| **OCE** | Looks dope man. I think if all goes well here in Fresno when we meet, we will def take you up on the offer on tahoe |
| **OCE** | You possibly free next Thursday or Friday? |
| **Openmindedguy N4L** | Yup |
| **OCE** | Ok I'll keep you updated. |
| **OCE** | You get Bella a gift or anything |
| **OCE** | Also I gotta ask. To make sure, You're std free right? |
| **Openmindedguy N4L** | Yes and yes |
| **OCE** | Oh what you get her |
| **OCE** | Ok cool. I just have to make sure |
| **OCE** | If not next week. Then the week after. Maybe July 6 or something |
| **OCE** | Can't wait to meet you. Gets me hard thinking about what you are going to do |
| **Openmindedguy N4L** | When are you babysitting her next? |
| | Soon ;) |
| **Openmindedguy N4L** | Maybe we should do an intro session with just the three of us so she's not shy around the new guy in cabin night. Plus, what if she gets a present and Cassy doesn't? |
| **OCE** | Well you should def bring Cassy one too. She's very pretty and seemed very nice |
| **Openmindedguy N4L** | You guys keep telling me how pretty she is but nobody will show me her pic [LAUGHING EMOJI] |
| **Openmindedguy N4L** | What's the plan? We all meet at the cabin and then…..? Are we going to have to play truth or dare for 3 hours to get them naked or have you introduced them to nudism? |
| **OCE** | Bella is very used to being nude and being exposed to that. Cassy we may have to see. But I think she's cool too |
| **OCE** | If you have ideas of how to mellow them all out or any ideas at all. Let me know |

| **OCE** | I took some new ones of bella for you too at the pool the other day |
|---|---|
| **Openmindedguy N4L** | Omg. Tell me she's in a bikini. Have you told her about me? |
| **Openmindedguy N4L** | Are you and Jay cool with adopting nudism? It really does make things easier and safer. It normalizes things and helps them understand that there is a difference between clothes friends and naked ones. Plus, it makes it easier to find nudist girls and families because they will instantly trust us and vice versa. |
| **OCE** | Yeah man I think we are open to a lot. We like exploring and I really trust jay |
| **Openmindedguy N4L** | Cool. Jay's girl is the same age as his son? |
| **Openmindedguy N4L** | We might be have her all turned out by the end of the weekend |
| **OCE** | Yeah. |
| **OCE** | If you have ideas of how to mellow them out let me know |
| **OCE** | The OCE sent an FBI-approved image of a purported girl wearing a bikini sitting on a pool chair |
| **OCE** | Bella for you ;) |
| **Openmindedguy N4L** | Dude, I've been yanking my dick on that pic for a while now. We gotta get her to lay back and spread those legs. What do I gotta do to get an invite down there this week? |
| **Openmindedguy N4L** | The user sent a video depicting a nude female child masturbating. The child appears to be between the ages of 14-16 based on breast development and facial features. |
| **Openmindedguy N4L** | Once they hit double digits, they can take man dick. So long as they want to, you just gotta have the patience of a saint about a gallon of lube. We'll watch some porn, spin the bottle, truth or dare, 15 minutes in heaven, all the classics. |
| **Openmindedguy N4L** | Check this forum I found. Not the best but not the worst either |
| **Openmindedguy N4L** | The user sent a link to a forum. |

31. Conversations continued on Telegram on June 21, 2023.

| **OCE** | Jay and I are just trying to line up schedules bro and we will get you over here. Once we rent the cabin I hope you wont back out on us. I been telling bella a little about you already. |
|---|---|
| **OCE** | Did jay send you any of Cassy. She's gorgeous man. You'll love her and Bella together |
| **OCE** | I think you mentioned before about making our own porn business with the littles. Is that lucrative? How could we even do that. I'm interested |
| **OCE** | Hey bro. We got a date set. Next Thursday the 29th. We can check into the cabin at 1pm. What time can you get here you think? |

| | |
|---|---|
| **Openmindedguy N4L** | 12:30 what's the addy? |
| **Openmindedguy N4L** | Yeah, he sent me a pic of her and gave me the low down. Some guys have all the luck, huh? I wonder if she has another friend. Not to cut his son out of anything but I know sometimes he's gotta stay at his mom's. That's no reason Cassy should be deprived of nice spit roast. |
| **OCE** | Awesome man. Can't wait to meet you. Bella will like getting to know you. I'll start telling her she's gonna meet uncle trev soon |
| **OCE** | Let's meet at a bar in Fresno first with Jay on the 29th. Just to make sure you're cool and not a catfish haha. Then we can grab the kids and head to the cabin |
| **OCE** | The OCE sent images of the interior of a cabin |
| **OCE** | Jay knows the owner. It's a sweet spot |
| **OCE** | The OCE sent an FBI-approved image of a purported child holding a shirt in a store |
| **OCE** | Took her shopping |
| **Openmindedguy N4L** | God damn she's adorable. I would say "dressing room shots!" But that's messing with fire. |
| **Openmindedguy N4L** | I'll ask my sister the name of company but when Dana was her age Shelly would order her bikinis from Brazil or Columbia or something like that. String bikinis, crotchless lingerie. You how they don't give a duck down there. I know one of them was called Wicked Weasel but they're in Australia and I don't think the make them for shorties anymore. |
| **OCE** | I'd die to see her in those. Fuck that's hot man. |
| **OCE** | Well I hope you aren't all talk man and back out on us. Looking forward to next Thursday. A lot of people are all talk and think things are fantasy. You're the only person besides Jay I've ever trusted like this. We can meet at 12:30 at a bar close to jays place Thursday |
| **Openmindedguy N4L** | I'm so ready for this |
| **Openmindedguy N4L** | Was she excited to have another secret time uncle? |

32. Conversation continued on Telegram on June 22, 2023.

| | |
|---|---|
| **OCE** | I think so. Told her all about the trip on Thursday and she's pumped to go to a cabin and have the other kids there too |

| | |
|---|---|
| **OCE** | What gift did you get her? Any other gifts for Cassy? |
| **Openmindedguy**<br>**N4L** | I got her some Pikachu Stationary and some pencils. I did find a Pikachu vibrator online but there's no way it will get here on time. What does Cassy like? I was at the Sanrio store (Hello Kitty) but I wasn't sure if girls are still into that. Does Bella like Hello Kitty too? I'd rather get them both something similar enough that they'll like equally, but different enough that they'll know it's theirs. |
| **OCE** | Let me ask Jay. Anything Pikachu she will love bro. I showed her all my cards and she plays with them all the time and we will duel with them haha |
| **OCE** | I bet bella and Cassy would both love hello kitty too |
| **OCE** | Lemme see the Pikachu and pencils :) so nice of you to get those |
| **Openmindedguy**<br>**N4L** | I don't have them on me. I'll send you a pic when I get home |
| **Openmindedguy**<br>**N4L** | So, I know we met on reddit. Therefore, I fully understand there are more people out there who are all talk. Who else have you encountered there (or here)? Just so I know to avoid them. |
| **OCE** | Awesome. Can't wait to meet man |
| **OCE** | I find a lot on kik, reddit, and the dark web too |
| **OCE** | Sorry im out on my delivery route. So sometimes I don't message right away |
| **Openmindedguy**<br>**N4L** | No need to be sorry. That's just how work works. |
| **OCE** | Are you gonna stay the whole long weekend with us. Or just the one night |
| **Openmindedguy**<br>**N4L** | I'd like to stay the whole weekend |
| **Openmindedguy**<br>**N4L** | What do you guys want to do? As in….let's call it setting a goal or expectation. Do you want to get them into oral? Fingering? They are both old enough to take Jay's son inside them without any worry. |
| **Openmindedguy**<br>**N4L** | Should we do a bj contest? |
| **OCE** | I'm down for a lot man. And so is Jay. BJ contest seems awesome. Would you be into his son as well or just Cassy and Bella |
| **OCE** | What area you going to do/what are like your top 3 things you want |

| OCE | Are* |
|---|---|

33. Conversations continued from June 22-24, 2023, with the TTA and OCE discussing various topics from the OCE's niece to the TTA's Siberian Husky female puppy. During this time frame the TTA sent the OCE an image of his Siberian Husky inside a house sitting on a bed and eleven video files, some of which contained young teen girls performing sexual acts, ranging in approximate age from 14-18 years old based on facial features and breast development.

34. Conversations continued on Telegram on June 25, 2023.

| **Openmindedguy N4L** | Oh sorry. I've got some weird hours at work. Summer time shit. I was a lil wiped out. |
|---|---|
| **OCE** | No worries bro. You're still good for Thursday? We can check in anytime after 1pm |
| **Openmindedguy N4L** | The user sent a barcode link for a Telegram account |
| **OCE** | Who's that |
| **Openmindedguy N4L** | Just something I found |
| **Openmindedguy N4L** | Does she know uncle Trev wants to have secret time fun? |
| **Openmindedguy N4L** | The user sent a link to a Telegram group called "CP Videos" |
| **OCE** | Yes I told her. And told her you had gifts. She's excited. Showed her your puppy too :) |
| **Openmindedguy N4L** | Think she'll suck uncle Trev's cock? |
| **Openmindedguy N4L** | The user sent a video file of a young female wearing a sports outfit exposing her breasts and vagina. The girl bounces up and down on a sex object that goes into her vagina. She appears to be between the ages of 9-12 based on childlike facial features and breast development. |
| **Openmindedguy N4L** | This is all her |
| **OCE** | Yes I had her do it to me again this weekend |
| **OCE** | Fuck that's hot. I can't wait till Bella's v card is gone so I can use toys like that on her |
| **OCE** | The OCE sent an FBI-approved image of a purported female child with exposed underwear |
| **OCE** | I snapped this quick the other night at sister's I stayed the night with her and Bella. Tried to get more but that was it |
| **OCE** | Are you still coming Thursday? |

| | |
|---|---|
| **OCE** | Let me know so I can plan. And if you're feeling nervous or something man. I get it. I'm nervous to trust someone new around bella also. If you need to do a quick video call or something with me let me know. I can always try to pull off my route. |
| **Openmindedguy N4L** | I'd really like to do one with the both of you. Nudity isn't important. Just to see both of you together and talk a bit. That would go a realongbway |
| **Openmindedguy N4L** | Then I can make that full commitment |
| **Openmindedguy N4L** | You got to do what this weekend? |
| **Openmindedguy N4L** | Omg that poster she drew me is melting my heart. She is such a sweetheart. Are going to play with her behind closed doors? I want to lick her little bunny and teach her to be into oral at least by the end of the weekend. Could you imagine if she was taking it like a champ? |

35. Conversations continued on Telegram on June 27, 2023.

| | |
|---|---|
| **OCE** | I don't mind a quick video chat. I'm sure Jay wouldn't mind either. I do know if we both do that. Then we really would like a yes or no if you're gonna be here Thursday afternoon. Don't wanna waste our time or yours ya know. And we've told these kids you're coming. So just like to let them know |
| **OCE** | The OCE sent an FBI-approved video of a child watching television on a couch wearing a T-shirt and shorts |
| **OCE** | Thought you'd like this…And please know…I don't keep things of bella around that can get me in trouble. My sister is my closest family member. If she ever finds out trev I'm dead. I hope you realize by me sending you stuff..it takes a lot of trust. Hope to see you soon |
| **Openmindedguy N4L** | Okay. I'm feeling safer. I'm 99% you're not setting me up. Don't get yourself in trouble. I have to return a call from the vet. It's probably regarding my dog's spaying surgery. I will let you know. |
| **OCE** | Sounds good bro. Hope the fluff ball surgery goes well |

36. Conversations continued on Telegram on June 28, 2023.

| | |
|---|---|
| **OCE** | You there bro. |
| **OCE** | You've been quiet the last couple days. You heading down tomorrow? |
| **Openmindedguy N4L** | Man, it's been a crappy couple days. I don't think I can come down tomorrow but, don't count me out. I'm thinking Friday afternoon. |
| **OCE** | Damn bro that sucks. Hope you're all good. Well nothing like a weekend away at beautiful shaver lake. Not sure if you ever been there. But it's amazing. Let me know tonight if you'll be down tomorrow or not. We gotta plan and be available to meet you. Don't wanna be out hiking or swimming and miss you. |
| **OCE** | Jay mentioned he broke his rule for you. You lucky sob hahah |

37. Conversations between OCE#2 and TTA continued on June 22-26, 2023.

| | |
|---|---|
| **OCE#2** | yeah man, what is it? I don't want you to have any reservations about this. I was going to ask you about this also, I wnat to be able to trust you too, and Mike and I are putting a lot on the line with this and we've never done this with a guy we've never met before in person. I think its a good idea to meet in person first, maybe we can get a drink before we head up the hill, but I can tell by talking to you that you're like we are, you can't fake that. I've been doing this too long, I can spot someone a larper, a fraud or even a cop. I also realize you ahve a lot at risk too, you sound like you have your shit together, so let me know what's on your mind. This is the real deal and mike did pass along something you said about taking care of the kids and not wanting to hurt them - that makes me feel even better about you. These kids aren't objects or our toys, I love them, and they love me... I truly believe they want this for us too. If I didn't believe that, I wouldn't be doing it. |
| **Openmindedguy**<br><br>**N4L** | Okay, so I think you and I are more closely on the same page, no diss to Mike.<br>I don't know if we talked about this but I grew up in a nudist home with nudist friends so, the fact that we started fucking was just a natural progression from the environment. Times have changed though, and as you said, there is a lot of trust that is involved here. More like blind faith. I don't know about you but, I'm not religious and I don't put much into faith alone. Like, nothing. So, if you scroll back up through our thread, you'll notice that I have given you (and Mike) plenty of straight up, illegal shit. Every one of those is a separate crime I have already committed and could be jailed for. Meanwhile, both you and Mike have not crossed that threshold. I understand that you wouldn't want to put your own kids out there like that, were pervy, not crazy, but I think you can understand that from my point of view, this kind of looks like a setup. You've had a relationship with Cassy for years, you have that one pic you sent me that is suggestive and honestly seductive as fuck, but it doesn't really do a lot to alleviate my fear that being set up. If you think I believe that is the only pic you've ever taken of her, you're trippin. If you think the pics I've sent you are the first time you've ever seen something like that, again, trippin.<br>It's a lot easier to believe someone smokes weed if they share a joint with you.<br>We gotta find some way of building that confidence. I have two suggestions. The first is I'm assuming you and the kids will be cruising together at least a couple hours before we meet at the bar. Get them naked and send me a pic. It takes me 2 hours to get to Fresno. I will head out when I receive the pic<br>The other option is, we meet at McDonald's and you guys bring the kids. At least that way I can see from a distance that the kids I've been baited with are present. It still could be a set up, but it'd be pretty unlikely to bring [an] 8 year old and a ten year old to a sting. The other thing is, some of those I sent you are sourced from telegram. If I can find them, you can too. It isn't even hard |

| | |
|---|---|
| | But Mike keeps coming at me with this "don't be all talk" mess, but to be honest, thus far I ain't the one who is all talk. I don't mean to flex or come like a dick but, those are big words he is pushing through his teeth. |
| **OCE#2** | I completely understand. Mike is like that, I think because he's made some offers in the past and people have blown him off and wasted his time and he's jaded by that. I can't blame him, there are so many idiots out here that love to RP but talk big game. That's his style, he's blunt about shit like that. I think you're being reasonable. I think it is completely reasonable to give you a chance to meet the kids before we do anything, I would expect to do the same if I were in your position. This is a good idea regardless, because they gotta like you if you want to mess around with them. I have a feeling they will, especially if you bring pikachu stuff lol. Cassy isn't into pokemon but she likes everything roblox and she's growing out of minecraft. Never got into fortnite much, she doesn't care for the competetive assholes talking on chat. I can't send pics of them like that though, that's really dangerous and I've had a few close calls and learned my lesson. Those come back to me and me only and I don't want to go to jail. I've thus far avoided it and i'd like to keep it that way lol. But your scenario of meeting them, yeah, that's fair. Really fair. I have no reservations about that either. I think all three of us got off to a quick start and now we're slowing day and realizing that we don't know each other real well. I'm glad you're being careful, it makes me trust you more. We have a week to iron out the trepidation. Great word bro, lol! |
| **Openmindedguy**<br><br>**N4L** | Cassy is my kind of person. I've never liked Fortnite for exactly the same reason. It's become one of those things where now, if people ask me "do you play Fortnite?" What I hear is, "you're going to hate me". However, there is an alternative called Dauntless. Same company, same engine, but it's co-operative. I've been playing it for a couple years and I've only met one person who was a dick. Everyone else I've ever met have been really cool people. BTW, if you don't know already and want to learn a little something about picking up cues in people's speech and behavior and using them to make them shit their pants, ask me about the dick from dauntless. |
| **Openmindedguy**<br><br>**N4L** | Thanks for understanding. I was worried you were going to ghost me.<br>I know I'm from Oakland and we have a certain way of talking that sounds angrier than we actually are. Especially in written form. For those of you that have never travelled over the bridge from San Francisco to Oakland, this is what it's like: NOW LEAVING SAN FRANCISCO<br>COME BACK SOON d © WELCOME TO OAKLAND, BITCH!!<br>BREAK YO'SELF – Dave Chapelle |

| | |
|---|---|
| **Openmindedguy**<br><br>**N4L** | I'm not asking for pics of the kids. I actually don't want them. What I'm saying is, I feel like it's a lot easier for me to be suspect of this being a set up because I've already done that much, while you guys haven't. You, in particular are a father, so I can see how even sending the stuff that is easily found out there means your kid grows up without a dad so, again I get it. That said, I hope you don't take offense to this but if you go back and look but read me as you and you as me, you'd think vou were a cop too. What I am saying is two basic things. 1)Let's not talk shit to each other. That's just not a good idea. 2)the status quo needs to be evened out. If I have to skip this time until we get that settled, that's fine. We can always work on it and set up another one. I'm in no rush to go to jail. I just don't want to be treated like some punk for using common sense. Thanks for putting some context to Mike's.. enthusiastic talk. It helped |

38. Conversations continued on Telegram on June 27, 2023.

| | |
|---|---|
| **OCE#2** | I don't think that will be difficult at all. I don't know a lot about Mike and Bella, but my kid and Cassy will warm up to it real quick, especially if we throw in treats. I've used candy, ice cream, etc to get Cassy to do what I want… and we'll have plenty of that packed for the trip. Have you decided on whether you're driving over or not? I don't want to put pressure on you… I want this to be fun. I know Mike is a planner so I know he wants to know lol. I haven't said much to my kid, and the one time I saw Cassy this weekend I didn't say anything bc I didn't want to get her hopes up (she is social fucking butterfly and loves meeting new people- I wish I had that). Whatever you decide, it's all good. Hopefully you feel you can trust me and trust Mike. I trust him. I've only hung with him a few times recently but I can tell you he's further down the road than I am, lol. I have so much fucking dirt on him too. He can say the same for me tho. We talk often but don't hang out as much as we'd like bc of where we live. He's also a few years younger than me, I'm fucking old, lol. I can tell we're about the same vintage… you're a little more old fashioned. |
| **Openmindedguy**<br><br>**N4L** | Yeah. I feel like I can trust you guys. I have to return a call from the vet. It's probably about spaying my dog. I will let you know what she says |

39. Conversations continued on Telegram on June 28, 2023.

| | |
|---|---|
| **OCE#2** | Well man, I don't know what you decided about tomorrow, but I know it's a big deal to you. It's a big deal to me also. It would be good to see you there, but if it's not your thing, I total understand. Its not often I meet someone like you, I feel like we're on the same wavelength… we want to be with kids, but in a way that's not hurtful. I think you can love kids in a physical way without hurting them or causing them long term problems, but it's gotta be done right, and I see that in the way you talk. I'm going to do something I don't do, I'm going to break my rule because I want you to trust me (which I think you do) like I trust you. You put something on the table (so to speak) so I should do the same. |
| **Openmindedguy N4L** | Send me the address |
| **Openmindedguy N4L** | Does that say @raygold |
| **OCE#2** | Yeah lol that's my username |
| **OCE#2** | Yaassss!! 40812 oakwoods lane, shaver lane CA |

40. Conversations continued on Telegram on June 29, 2023.

| | |
|---|---|
| **OCE#2** | We're packing up now… when do you expect to head over? |

**IDENTIFICATION OF TREVOR DAVIDSON AS TTA USER OPENMINDEDGUY N4L**

41. Because Telegram, rarely responds to legal process from the United States and often provides limited information if it does respond, it was not possible to identify the user of the TTA with assistance from Telegram. As noted above, on June 15, 2023, the TTA user sent a "selfie-type" photo, which showed his face from the nose area down. On the photo, the TTA user drew on a note the Telegram name Openmindedguy N4L and June 15. On June 16, 2023, I submitted this photograph for open-source checks in an attempt to identify the user of the TTA.

42. On June 16, 2023, the FBI returned positive hits for the image I had submitted. Images visually consistent with the images provided by the TTA user were located on open-source image repositories. The images were connected to Trevor Davidson. **DAVIDSON** has a date of birth of February 1978, which puts him within the age range as claimed by the user of the TTA. On June 16, 2023, I conducted Department of Motor Vehicle (DMV) records checks for **DAVIDSON**. His listed address on his

driver's license was 6030 Ascot Drive, Oakland, California. This address is consistent with the TTA user stating he lived in the Bay area. Additionally, the driver's license image of **DAVIDSON** visually matched the photo sent from the TTA user.

43. A LinkedIn social media account for Trevor **DAVIDSON** revealed that **DAVIDSON** likely worked as a sous chef at the University of California, Berkely, or a business connected to that school (such as campus catering). This is consistent with the TTA user claiming to work at a university.

**ATTEMPTS TO MEET DAVIDSON**

44. On several occasions from June 29, 2023, to June 30, 2023, the two OCEs and **DAVIDSON** arranged several meet ups in Fresno and/or Shaver Lake for **DAVIDSON** to meet OCE's and get comfortable with each other in order for **DAVIDSON** to have sex with the OCE's purported 8-year-old niece and OCE#2's 9-year-old family friend. DAVIDSON cancelled or rescheduled all of these potential meet ups for various reasons relating to his schedule or "work". However, even after several cancellations, **DAVIDSON** still professed to the OCEs that he was still interested in meeting the OCEs and the children in order to engage in sexual acts with the two minor girls.

**SEARCH OF DAVIDSON'S BODY, DEVICES, & RESIDENCE**

45. On July 13, 2023, a federal search warrant for **DAVIDSON's** body, electronic devices in control by **DAVIDSON**, and the residence of 6030 Ascot Drive, Oakland, CA was executed by FBI agents. **DAVIDSON** was present at the search scene, accompanied by his parents Jeffrey and Satoko Davidson. A blue Motorola smartphone, model Xt2215-2 (IMEI 355986600457775) was found on **DAVIDSON**'s bed during the search. **DAVIDSON** and his parents confirmed this was **DAVIDSON**'s personal cellphone, and it was found in the room in which only he stayed.

**INTERVIEW OF TREVOR DAVIDSON**

46. During the execution of the search warrant **DAVIDSON** was brought inside his residence, handcuffs (which had been placed on him for officer safety) were removed, and he was advised of his Miranda rights. He agreed to waive his Miranda rights and submit to an interview. During **DAVIDSON's** interview, agents completed a cursory review of the seized phone in **DAVIDSON's** possession. A review of this phone revealed a folder containing three video files, two of which were video files the TTA had sent to OCE#1. The Telegram application was not present on **DAVIDSON's** device, however when opening the Google Play store it showed that it had been downloaded in the past as there was a cloud symbol. Agents asked for **DAVIDSON**'s consent to redownload the Telegram application, and he provided that consent. Once the Telegram application redownloaded to **DAVIDSON**'s phone and opened all of the messages between the TTA and OCE#1, and OCE#2 were present. Additionally, there were hundreds of additional messages from group chats in **DAVIDSON**'s Telegram account containing images of minors engaged in sexually explicit conduct. Additional on-scene review of the device revealed an application labeled "Session" which is similar to Telegram and is known as a secure messaging platform. Within this application were numerous other messages with individuals containing images and videos of minors engaging in sexually explicit acts or poses.

47. **DAVIDSON** confessed to agents during the interview that he was the user of Openmindedguy N4L Telegram account and that he had been chatting with some individuals about meeting up in Fresno. **DAVIDSON** reiterated several times throughout the interview that he was not actually sexually attracted to kids and was not going to hurt any children. **DAVIDSON** was aware of some guys named "Mike" and "Jay" that lived near Fresno and were molesting kids. **DAVIDSON** never showed up in Fresno as he got scared once he realized how serious Jay and Mike were after they sent him an address to a cabin in Shaver Lake. **DAVIDSON** confirmed he was the only person that used his

Telegram account, he knew the child pornography videos he had sent were illegal, and that he was the one who had sent them. **DAVIDSON** also stated that he had been contacted about a year ago for child pornography distribution when Homeland Security Investigations agents searched his home and took his devices. However he never heard anything else from them after that. **DAVIDSON** was shown printed images from the chats between TTA and OCE#1 and OCE#2. **DAVIDSON** signed these printouts and admitted he was the one messaging on the Openmindedguy N4L account.

**INTERVIEW OF JEFFREY DAVIDSON**

48. While executing the search warrant at 6030 Ascot Drive, Oakland, CA **DAVIDSON's** father, Jeffrey Davidson (Jeffrey) was present and interviewed by agents. Jeffrey's home had been searched about a year ago by Homeland Security Investigations agent for child pornography, but no charges were filed as a result of that investigation. Jeffrey was told by agents that his son had been planning on meeting some men in Fresno to participate in sexual acts with children under the age of ten years old. Jeffrey stated, "it all makes sense, Trevor had recently asked to borrow the car so he could travel to Fresno for a job interview". **DAVIDSON** never made that trip to Fresno for his "job interview" and Jeffrey believed it had all been a lie.

**REVIEW OF TREVOR DAVIDSON's DEVICES**

49. Following the above interviews and search warrant, I conducted a more thorough review of **DAVIDSON**'s devices. I discovered hundreds of images and videos of minors engaged in sexually explicit poses or acts. For example, one video that **DAVIDSON** received in the encrypted application Session shows what appears to be a female child with her breasts exposed and a male penis ejaculating on her. The female appears to be around 14 years of age based on her lack of breast development and childlike facial features. The video is 16 seconds long. A second video is around 21 seconds long and shows what appears to be a 10-12-year-old female being vaginally penetrated by an adult male penis. The man's face can be seen in the video. While this is

occurring a nude adult female is licking the nude underage female's vagina. The child appears to be around 11 years old based on her lack of pubic hair and lack of breast development. An additional one second video was sent by **DAVIDSON** and shows an approximately 15-year-old female masturbating with her vagina exposed. All of these videos were located within the encrypted application Session. **DAVIDSON** appeared to be a prolific consumer and distributor of images of minors being sexually abused or exploited, and he exchanged this material with dozens of individuals online during the time the FBI investigation was pending. When **DAVIDSON**'s phone was reviewed, I also saw images that he had received from an FBI undercover agent as well as the same images **DAVIDSON** had sent of himself to the FBI undercover agent. Upon further review of **DAVIDSON**'s phone, the images of minors engaged in sexually explicit conduct that **DAVIDSON** had distributed to the FBI undercover agent(s) through Telegram were also discovered within his device in addition to other similar videos.

**Oakland Police Department Investigation**

50. In approximately April 2025, the Oakland Police Department (OPD) contacted me regarding a new child exploitation investigation that the OPD was conducting. The OPD believed that they had confirmed that **DAVIDSON** had continued to engage in the online receipt and distribution of images of minors engaged in sexually explicit conduct. An OPD detective shared some of their investigative materials with me. In summary it revealed that a subject, believed to be **DAVIDSON,** had uploaded on multiple dates in September 2024 more than 50 files of suspected child pornography to the online messaging application Kik. As one example, a 38-second video file depicts a nude prepubescent female orally copulating and stroking the exposed penis of an adult male. The female appears to be less than six years of age based on the size of her head compared to the rest of her body, her under-developed muscles, and other features. The Oakland detective had also initiated contact, in an undercover capacity, with the suspect via email and Discord (a platform that permits users to share messages as well as audio

and visual content). The person – again believed to be **DAVIDSON** based on internet protocol address information and account subscriber information from internet service provider Comcast – expressed his desire to purchase images of children being sexually abused or exploited. Through several investigative steps and search warrants, OPD detectives have determined **DAVIDSON** was the person who had uploaded images of suspected child pornography. Based on this information, an OPD detective is seeking a state of California residential search warrant that would be executed in conjunction with an arrest warrant for this criminal complaint.

## CONCLUSION

51. Based on the information above, I submit that there is probable cause to believe that **TREVOR DAVIDSON**, aka "Openmindedguy N4L" on Telegram, has violated 18 U.S.C. § 2252(a)(2) receipt and distribution of images of minors engaged in sexually explicit conduct and 18 U.S.C. § 2422(b) for the attempted coercion of any individual to engage in any sexual activity for which any person could be charged with a criminal offense. More specifically, **DAVIDSON** expressed his interest and/or intent to engage in lewd acts with a child under the age of 14. He also expressed his desire to have other adult males engage in lewd acts with one or more children under the age of 14.

I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of my knowledge, information and belief.

Adam Bruflat
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me on: **Jun 13, 2025** by telephone under Fed. R. Crim. P. 41(d)(3).

Honorable Stanley A. Boone
United States Magistrate Judge
Fresno, California

APPROVED AS TO FORM BY:

/s/ David Gappa

DAVID GAPPA
ASSISTANT UNITED STATES ATTORNEY